UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   Case No. 2:08-cr-32

LESLEY ROSE MUNROE,                    HON. ROBERT HOLMES BELL

    Defendant.
_____/

## REPORT AND RECOMMENDATION

        An Amended Petition for Warrant or Summons for Offender Under Supervision (docket #58) was filed on October 25, 2010, alleging six violations of the defendant's conditions of supervised release. On October 25, 2010, defendant appeared before the undersigned, waived her right to a preliminary hearing and a revocation hearing, and admitted to violations numbered two through six. In exchange for the defendant's admission to those violations, the government agreed not to pursue violation number one. For the reasons stated on the record, it is recommended that the court accept defendant's admission to violations numbered two through six.

                                                 /s/ Timothy P. Greeley
                                                 TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2010

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served prior to **November 2, 2010.** *See* W.D. Mich. L.Cr.R. 11.1(d).